IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

ROBBIE FIELDS,

    Plaintiff,

v.                                        Case No. 2024CV00798

SHIRLEY GODIWALLA, et al.,

    Defendants.

---

## NOTICE OF ADDITIONAL COUNSEL

---

PLEASE TAKE NOTICE that Assistant Attorney General Brandon T. Flugaur appears as additional counsel for Shirley Godiwalla, Kaitlin Kinyon, and Erin Wehrle in the above-captioned matter. Please note, Assistant Attorneys General Emmeline Lee and Kathryn A. Pfefferle will continue to represent the Defendants in this action. Defendants request service of all discovery and correspondence be made upon Assistant Attorneys General Brandon T. Flugaur, Emmeline Lee and Kathryn A. Pfefferle as counsel of record at Wisconsin Department of Justice, Post Office Box 7857, Madison, Wisconsin 53707-7857. All other papers should be served through the Court's CM/ECF system.

Dated this 13th day of November 2025.

                                                Respectfully submitted,

                                                JOSHUA L. KAUL
                                                Attorney General of Wisconsin

 *s/ Brandon T. Flugaur*
BRANDON T. FLUGAUR
Assistant Attorney General
State Bar #1074305

EMMELINE LEE
Assistant Attorney General
State Bar #1097677

KATHRYN A. PFEFFERLE
Assistant Attorney General
State Bar #1097651

Attorneys for Defendants

Wisconsin Department of Justice
Post Office Box 7857
Madison, Wisconsin 53707-7857
(608) 266-1780 (Flugaur)
(608) 266-1178 (Lee)
(608) 267-2070 (Pfefferle)
(608) 294-2907 (Fax)
Brandon.Flugaur@wisdoj.gov
Emmeline.Lee@wisdoj.gov
Kathryn.Pfefferle@wisdoj.gov

2